**No. 66032.**—F. W. Woolworth Company *v.* United States, protest 60/9174 (New York.

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of mats similar in all material respects to those the subject of Abstract 57261, the claim of the plaintiff was sustained.

**No. 66033.**—Novik & Co., Inc. *v.* United States, protests 58/24462, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of bridal headdresses similar in all material respects to those the subject of *Novik & Co., Inc.* v. *United States* (45 Cust. Ct. 183, C.D. 2221), the claim of the plaintiff was sustained.

**No. 66034.**—Weiss & Biheller Merchandise Corp. *v.* United States, protests 60/8218 and 60/15407 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks similar in all material respects to those the subject of *Mottahedeh Creations, Ltd., et al.* v. *United States* (43 Cust. Ct. 9, C.D. 2095), the claim of the plaintiff was sustained.